IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–36–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHET NORMAN ANDERSEN, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 35.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnel Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Andersen is charged by indictment with one count of being a prohibited person in possession of firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1). (Doc. 1.) Judge DeSoto recommends that this Court accept Andersen's guilty plea to this charge after he appeared before her pursuant to Federal Rule of

Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 35) is ADOPTED in full.

IT IS FURTHER ORDERED that Andersen's motion to change plea (Doc. 27) is GRANTED.

IT IS FURTHER ORDERED that Andersen is adjudged guilty as charged in the Indictment.

DATED this 1st day of July, 2022.

_____
Dana L. Christensen, District Judge
United States District Court